■ In the Matter of DENNIS BUENO, Petitioner, v STEVEN L. BARRETT, Respondent. [842 NYS2d 353]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Gonzalez and McGuire, JJ.